UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ICON BRANDS GROUP, INC., a California Corporation,<br><br>        Plaintiff/Counter-Defendant<br><br>    v.<br><br>ICONIX BRAND GROUP, INC., a Delaware Corporation,<br><br>        Defendant/Counter-Claimant | Case No. CV 07-2568 CAS (JCx)<br><br>**ORDER ON JOINT STIPULATION AND PROPOSED PROTECTIVE ORDER**<br><br>Judge: Hon. Christina A. Snyder<br>Ctrm:  5 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1892225

[ORDER ON JOINT STIPULATION AND PROPOSED PROTECTIVE ORDER
(CASE NO. CV 07-2568 CAS (JCx))

1  Having considered Plaintiff Icon Brands Group, Inc.'s and Defendants Iconix Brand Group, Inc.'s Joint Stipulation and Proposed Protective Order filed July 7, 2008 (the "Proposed Protective Order"), and having found good cause, the Court hereby enters the Proposed Protective Order as an order of this Court with the following modifications:

1. Paragraph 13 is modified to read: Discovery Materials designated "CONFIDENTIAL" or "ATTORNEYS' EYES ONLY" shall not be disclosed to any person described in paragraphs 11(f)-(h) or 12(e)-(g) hereof, unless and until such person is given a copy of this Stipulation and Protective Order and signs a certification in the form of Exhibit A attached hereto. Such signed and completed certification shall be retained by the attorneys of record for the disclosing Party.

2. The second sentence of paragraph 17 is modified to read: The Party receiving the subpoena or compulsory process shall not produce any such information or Discovery Material in response to the subpoena without the prior written consent of the designating Party, unless in response to an order of a court of competent jurisdiction or as may otherwise be required by law.

**IT IS SO ORDERED:**

DATED: July 8, 2008                    /s/
                                       Honorable Jacqueline Chooljian
                                       United States Magistrate Judge

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1892225

- 1 -

[PROPOSED] ORDER ON JOINT STIPULATION AND PROPOSED PROTECTIVE ORDER
(CASE NO. CV 07-2568 CAS (JCx))